No. 2561.—EL PUEBLO, apdo., *v.* CLAUDIO, aplte.—C. D. Ponce. Julio 8, 1925. Cierre de establecimientos. No habiendo el apelante elevado a esta corte una exposición del caso o pliego de excepciones, y no apareciendo de la denuncia, como se alega en el segundo señalamiento de error, que el acusado "trabajaba en su propio establecimiento comercial y no empleaba a nadie en su negocio," y visto el caso de *El Pueblo* v. *Bauzá,* resuelto hoy, (pág. 439) se modifica la sentencia apelada, de modo que su parte dispositiva lea como sigue: "se declara culpable al acusado Esteban Claudio del delito de tener abierto su establecimiento en horas prohibidas, previsto en el artículo 553 del Código Penal," y así modificada *se confirma* dicha sentencia.

No. 2500.—EL PUEBLO, apdo., *v.* TORRES, aplte.—C. D. Ponce. Portar armas. Julio 10, 1925. Confirmada la sentencia apelada por los fundamentos de los casos de *El Pueblo* v. *Vadi* (pág. 462) y *El Pueblo* v. *Acevedo,* (pág. 460) resueltos en julio 10, 1925.

No. 2495.—EL PUEBLO, apdo., *v.* MARRERO, aplte. — C. D. Aguadilla. Julio 10, 1925. Portar armas. Señalándose como único error la insuficiencia de la prueba, y apareciendo de un examen de la misma que contiene todos los elementos necesarios para sostener la sentencia, *se confirma* tal como se dictó por la corte de distrito.

No. 2499.—EL PUEBLO, apdo., *v.* ECHEVARRÍA, aplte.—C. D. Ponce. Julio 13, 1925. Vistos los casos de *El Pueblo* v. *Vadi,* y *El Pueblo* v. *Acevedo* resueltos en julio 10, 1925, y el de *Ex parte Verdejo,* peticionario, resuelto en julio 13, 1925, en los que se declara la constitucionalidad de la Ley No. 14 para enmendar la ley "Prohibiendo portar armas, etc.", aprobada por la Legislatura de Puerto Rico en junio 25, 1924, y vistos además los casos de *El Pueblo* v. *Bauzá* resuelto en julio 8, 1925, y el de *El Pueblo* v. *Rivera,* resuelto hoy, se modifica la sentencia apelada en el sentido de que condena al acusado por el delito de portar armas, y así modificada se *confirma dicha sentencia.*